McMILLIAN, Circuit Judge,
dissenting in part.
I respectfully dissent in part. I would affirm the district court’s dismissal of appellants’ claim in Count I of the complaint. In my opinion, the Secretary’s decisions not to enforce a zero tolerance standard for poultry process defects and to allow water washing of poultry contaminants are nonreviewable enforcement decisions under Heckler v. Chaney, 470 U.S. 821, 831-32, 105 S.Ct. 1649, 1655-56, 84 L.Ed.2d 714 (1985). However, for the reasons stated in Part V of the majority opinion, I agree that the district court’s dismissal of appellants’ claim in Count II of the complaint (concerning the water absorption regulations) should be reversed, and that claim remanded for review.